UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Russell F. Klug, also known as, Russell Frank Klug, | ) ) ) | C/A No. 2:25-11764-RMG-KDW |
| Plaintiff, | ) ) | |
| v. | ) ) | REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |
| Diane Guthrie, | ) ) ) | |
| Defendant. | ) | |

This matter is before the court on two "Motions to Dismiss," the first being filed by Defendant, ECF No. 7, and the second being filed by the pro se Plaintiff in this matter, ECF No. 15. In Plaintiff's Motion, filed September 26, 2025, he advises the court that he has realized he filed this case in error as he has not yet received permission to sue from the EEOC and South Carolina Human Affairs Commission. ECF No. 15.[1] Plaintiff explains that he has spoken with counsel for Defendant, and defense counsel has agreed that the case be dismissed without prejudice. ECF No. 15 (indicating defense attorney "agreed to have the case dismissed as a 'no fault prejudice case'").

The undersigned recommends Plaintiff's request to voluntarily dismiss his suit, ECF No. 15, be *granted*. This dismissal should be without prejudice. If this recommendation is adopted, Defendant's pending Motion to Dismiss, ECF No. 7, will become moot.

IT IS SO RECOMMENDED.

September 29, 2025         Kaymani D. West
Florence, South Carolina   United States Magistrate Judge

**The parties are directed to note the important information in the attached "Notice of Right to File Objections to Report and Recommendation."**

---

[1] The court notes that failure to exhaust administrative remedies is one of the grounds on which Defendant's Motion to Dismiss, ECF No. 7, is based.