# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Russel F. Klug, | Case No. 2:25-11764-RMG |
|         Plaintiff, | |
| v. | **ORDER** |
| Diane Guthrie, | |
|         Defendant. | |

This matter is before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge recommending that the Court grant Plaintiff's motion to voluntarily dismiss his case without prejudice to allow him to complete prefiling requirements with the EEOC and the South Carolina Human Affairs Commission. (Dkt. No. 16). The Court is informed that Defendant consents to this motion. (*Id.*). With the entry of an order dismissing this action without prejudice, Defendant's motion to dismiss (Dkt. No. 7) would be moot.

The Court finds that the Magistrate Judge has ably addressed the issue of voluntary dismissal and the granting of Plaintiff's motion for voluntary dismissal without prejudice is reasonable under the circumstances. The Court adopts the R & R of the Magistrate Judge (Dkt. No. 16) as the order of the Court and dismisses this action without prejudice. Defendant's motion to dismiss (Dkt. No. 7) is denied as moot.

**AND IT IS SO ORDERED.**

 s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

September 30, 2025
Charleston, South Carolina

1